*E-FILED - 9/4/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>DAVID JOHN,<br><br>                    Defendant. | No. CR 06-00748 RMW<br><br>**[] ORDER CONTINUING HEARING DATE TO SEPTEMBER 22, 2008, FOR SENTENCING** |

**ORDER**

The parties agree to continue the sentencing hearing set for September 8, 2008, to September 22, 2008, at 9:00 a.m., for sentencing.

Pursuant to the parties' stipulation and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the presently set sentencing hearing date is continued to Monday, September 22, 2008, at 9:00 a.m., for sentencing.

Dated: 9/4/08

_____
RONALD M. WHYTE
United States District Judge

[] Order to Continue                                                    1